UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| | : | |
| v. | : | |
| | : | Mag. No.  14-3746 |
| RICHARD ADEBAYO and | : | |
| AMOS PETER AGBAJAIFE | : | |
| | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J.

Fishman, United States Attorney for the District of New Jersey (Barry A. Kamar, Assistant U.S.

Attorney. appearing), and defendant Richard Adebayo (Michael Dalessio, Esq., appearing), for an

order granting a continuance of the proceedings in the above-captioned matter until June 19, 2015,

to permit defense counsel the reasonable time necessary for effective preparation in this matter and

to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and three

prior continuances having been entered, and the defendant being aware that the defendant has the

right to have the matter submitted to a grand jury within thirty days of the date of the defendant=s

arrest, pursuant to Title 18. United States Code, Section 3161(b), and the defendant having

consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the

following reasons:

(1)     Taking into account the exercise of diligence. the facts of this case require

that defense counsel be permitted a reasonable amount of additional time for effective preparation

in this matter;

(2) Both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15 day of April, 2015,

ORDERED that this action be, and hereby is, continued from the date this order is signed through and including June 19, 2015; and it is further

ORDERED that the period from the date this order is signed through and including June 19, 2015, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. MARK FALK
United States Magistrate Judge

2

Form and entry
consented to:

Michael Dalessio, Esq.
Counsel for defendant Richard Adebayo

Barry A. Kamar
Assistant U.S. Attorney

3