**MICHAEL D'ALESSIO, JR.**
ATTORNEY AT LAW

80 MAIN STREET
SUITE 260
WEST ORANGE, NEW JERSEY 07052

(973) 736-1500
Facsimile: (973) 736-0152

EMAIL: MDALESSIO@DALESSIOLAW.COM

March 30, 2016

Honorable Madeline Cox Arleo
U.S. District Court for the District of NJ
MLK Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: **USA vs. Richard Adebayo**
        **Mag. No. 14-3746 (MCA)**
        Cr-15-550

Dear Judge Arleo:

    As you know I represent Richard Adebayo in connection with the above-captioned matter. Today is the last day for me to file my response to the answering papers of the government in my motions.

    I have spoken with Ms. Liu who said she would consent to a two (2) week adjournment, and I would therefore ask Your Honor to permit me to do that.

    Your courtroom deputy has indicated to both of us that when my papers are finally filed, she will talk to us, and presumably you, about setting some dates for arguments, etc.

    The only consideration that I ask from the Court is because of a vacation that I have planned for April 29 through May 7, 2016, because of the wedding of my older son in Florida.

    Thank you for your courtesy.

Respectfully submitted,

*[signature]*

MICHAEL D'ALESSIO, JR.

MD/pl
cc:    Erica Liu, Special Ass't U.S. Attorney

*[signature]*
April 5-16