# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE: __LEDA D. WETTRE__ |
| | : | |
| v. | : | MAGISTRATE NO.: __2:15-CR-550 (MCA)__ |
| | : | DATE OF PROCEEDINGS: __7/19/2017__ |
| RICHARD ADEBAYO | : | |
| | : | DATE OF ARREST: __7/19/2017__ |
| | : | |

PROCEEDINGS: __Initial Appearance - Violation of Supervised Release__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___AFPD ___CJA
( ) WAIVER OF HRG.: ___PRELIM ___REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___GUILTY ___NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___COURT ___JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __Erica Liu, AUSA__

DEFT. COUNSEL __Ade Omojola, Retained__

PROBATION _____

INTERPRETER _____
    Language: ( )

Time Commenced: __3:20 pm__
Time Terminated: __3:27 pm__
CD No: __ECR__

*Kimberly Darling*
_____
**DEPUTY CLERK**