Dear Clerk Walsh,

Re: *United States v. Adebayo 15-550(MCA)*

Please find the attached motion to relief counsel and proceed pro se and I respectfully request that you file via ECF and notify all parties including the United States Attorney.

Respectfully,

*[signature]*

Richard O Adebayo
Defendant

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 AUG 22 P 3: 13

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | Hon. Madeline Cox Arleo |
| v. : | | NOTICE OF MOTION TO RELIEF COUNSEL<br>AND<br>APPLICATION TO PROCEED PRO SE |
| **RICHARD O. ADEBAYO** : | | |
| Defendant : | | CRIMINAL No. 15-550 (MCA) |

**TO:**  HONORABLE MADELINE COX ARLEO
U.S. District Court
M.L King Jr., Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

Erica Liu, Asst U.S. Attorney
United States Attorney's Office
District Of New Jersey
970 Broad Street
Newark, NJ 07102

1

Dear Judge Arleo,

*Re: United States v. Adebayo 15-550(MCA)*

Please accept this letter in lieu of a more formal motion to relief Mr. Aderemilekun Omojola, Esq., Principal Attorney at Omojola and Associates, P.C as my counsel. Mr. Omojola is a great and well respected Attorney but his area of expertise is inconsistent with the charges pending against me before this honorable court. My wife who recently moved for a divorce erroneously retained Mr. Omojola to represent me in this criminal matter.

Additionally, after careful consideration, I have decided to proceed pro se in the case of United States v. Adebayo 15-550(MCA). I gained experience and knowledge concerning representation before the courts from my previous attorney and legal materials are readily available to me at my current place of confinement. Moreover, as a graduate of the prestigious University of London, England, United Kingdom, I am confident of my ability to represent myself before your honor in this criminal matter.

## CONCLUSION

I respectfully request that your honor grant my request to relief Mr. Omojola as counsel and permit me to proceed pro se in this instant case with a court appointed standby attorney.

2

Date: August 18, 2017

Respectfully

*[signature]*

RICHARD O ADEBAYO

Essex County Correctional Facility

354 Doremus Avenue

Newark, New Jersey 07105

DEFENDANT

3



RICHARD O. ADEGBEMS
E.C.C.F
354 DOREMUS AVE
NEWARK NJ 07105

WILLIAM T WALSH
UNITED STATES DISTRICT CLERK
DISTRICT OF NEW JERSEY
50 WALNUT STREET
ROOM 4015
NEWARK NJ 07101

DV DANIELS NJ 070
21 AUG 2017 PM 1 L

X-RAYED

07102-359559