UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                      Date: October 27, 2017

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

Docket No. 15-CR-550 (MCA)

Title of Case: U.S.A. v. RICHARD ADEBAYO

Appearances:     Erica Liu, AUSA for the Government
                 Aderemilekun A. Omojola, Esq.,  For Defendant ADEBAYO

**Nature of Proceeding:  Motion/Faretta Hearing**

Defendant present.
Motion for relief of counsel and to proceed pro se [65]
Motion is granted, defendant will proceed pro se and standby counsel will be appointed.
John Azzarello, CJA to represent defendant as standby counsel.
Amended motion due 11/10/17; response due 11/24/17.
Motion hearing 12/8/17 at  2:00 p.m.

Time Commenced 1:00 p.m.     Time Adjourned   1:45 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk