# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| v. | : | Crim. No. 15-550 (MCA) |
| RICHARD ADEBAYO | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by Erica Liu, Assistant United States Attorney), and defendant Richard Adebayo (*pro* se), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through ~~February 15, 2018~~ March 1, 2018 to permit the defendant the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and five prior continuances having been entered; and the defendant having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) To allow time for the parties to engage in plea negotiations, which, if successful, would render any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 18 day of December, 2017;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through ~~February 15~~ March 1, 2018; and it is further

It IS FURTHER ORDERED that the period from the date this Order is signed through ~~February 15~~ March 1, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MADELINE COX ARLEO
United States District Judge

Form and entry consented to:

_____
Defendant Richard Adebayo

_____
Erica Liu
Assistant U.S. Attorney

2