UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                   Date: December 8, 2017

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

Docket No. 15-CR-550 (MCA)

Title of Case: U.S.A. v. RICHARD ADEBAYO

Appearances:        Erica Liu, AUSA for the Government
                    Richard Adebayo, Pro se,  For Defendant ADEBAYO

**Nature of Proceeding:  Motion Hearing**

Defendant present.
Oral argument on: Motion to dismiss the indictment, suppress evidence & disclose grand jury testimony [68]; motion to compel discovery [69];
Motion to dismiss the indictment, suppress evidence & disclose grand jury testimony [68] is denied.
Motion to compel discovery [69] is denied.
Motions [66] & [73] are denied.
The Government is ordered to produce Jencks materials 30 days prior to trial.

New Counsel will be appointed to represent defendant as standby counsel.
Trial date set for 3/5/18 at 9:30 a.m.

Time Commenced 2:30 p.m.     Time Adjourned  3:15 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk