Essex County Correctional Facility
354 Doremus Avenue
Newark, NJ 07105

December 29, 2017

Hon. Madeline Cox Arleo
Chambers
United States District Court
50 Walnut Street
Newark, NJ 07101

Re: <u>United States v. Adebayo</u>, Criminal № 15-550

Dear Judge Arleo:

As you are aware, I am proceeding pro se at this time. I have yet to meet with my CJA appointed stand by attorney.

I have requested subpoenas from the Clerk, however, they are under the impression I am represented by counsel and will not provide me with the subpoena's necessary to prepare my defense. As the trial date is fast approaching and the documents I am requesting are absolutely necessary for my defense, I wanted to bring this matter to the Court's attention.

Any assistance the Court may provide in addressing this matter is welcome.

Thank you for you consideration.

Respectfully submitted,


Richard Adebayo (J2017-10595)


cc:    AUSA Liu



Richard Adato
354 Dorenys Ave
Newark NJ 07105

United States District Court
District of New Jersey
Office of the Clerk
50 Walnut Street, Room 4015
Newark NJ 07102

U.S. POSTAGE PAID
ORANGE, NJ 07050
JAN 02 18
AMOUNT
$3.84
R2304N118485-14

CERTIFIED MAIL
7017 0190 0000 1399 3468