UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 15-550 (MCA) |
| | : | |
| | : | Hon. Madeline Cox Arleo |
| v. | : | |
| | : | |
| RICHARD ADEBAYO | : | <u>ORDER</u> |
| | : | |

This matter having come before the Court on the motion of defendant Richard Adebayo (*pro se*), in the presence of the United States, William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (Erica Liu, United States Attorney, appearing), for various pre-trial motions filed on February 2, 2016; September 22, 2017; October 20, 2017; and November 8, 2017, the Court having considered the papers submitted and oral arguments of the parties on December 8, 2017, and for the reasons stated on the record on December 8, 2017:

IT IS, on this ___2___ day of January, 2018,

ORDERED that Defendant's Motion to Dismiss the Indictment based on Speedy Trial Act Violations and other grounds is hereby denied;

IT IS FURTHER ORDERED that Defendant's motion to suppress evidence is hereby denied;

IT IS FURTHER ORDERED that Defendant's motion to compel discovery is hereby denied;

IT IS FURTHER ORDERED that the Government produce material subject to the Jencks Act, pursuant to 18 U.S.C. § 3500, thirty (30) days prior to trial; and

IT IS FURTHER ORDERED that the Defendant's motion to disclose grand jury testimony is hereby denied.

_____
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE