## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

NEWARK

JUDGE: HONORABLE LEDA D. WETTRE, USMJ                    Date: May 14, 2018

COURT REPORER: ECF

DEPUTY CLERK:     KIMBERLY DARLING

Title of Case: U.S.A. v. Adebayo                    Docket# Cr. 15-550 (MCA)

Appearances:  Brian Urbano & Erica Liu, AUSA, for the Government
              Richard Adebayo, Pro Se, & Christopher Adams, Stand By Counsel for Defendant

Nature of Proceeding:          Arraignment

Defendants present.

Defendant Plea:          NOT GUILTY to Counts 1 to 12 of the Indictment.

Ordered detention for Mr. Adebayo continued.


Time Commenced: 3:46 to 3:52 p.m.            Time Adjourned:   4:07 to 4:13 p.m.


cc: chambers                              *Kimberly Darling*
                                          Deputy Clerk