Monday December 3, 2018

Hon. Madeline Cox Arleo
United States District Judge
District of New Jersey
M.L King Jr., Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101.



**Via Regular Mail**

*Re: United States v. Richard Adebayo*
**15-550 (MCA)**

Dear Judge Arleo,

Please accept this informative calendar in support of my pending May 1 and October 15, 2018 motions seeking dismissal of the indictment with prejudice pursuant to 18 USC 3162(a)(2).

## NON-EXCLUDABLE DAYS FROM DATE OF INDICTMENT

| | |
|---|---|
| 10/20/2015 | (0 day elapsed, date of indictment) |
| 10/21/2015 through 10/31/2015 | (11 days elapsed) |
| 11/01/2015 through 12/1/2015 | (30 days elapsed) (Arraignment day excluded) |
| 06/29/2017 through 7/18/2017 | (10 days elapsed after 10 days transportation excluded) |
| 12/08/2017 through 12/17/2017 | (10 days elapsed) |
| 03/02/2018 through 04/05/2018 | (35 days elapsed) |
| *04/06/2018 through 04/30/2018 | (25 days elapsed under *Brooks*, 697 F.2d 517 (3d Cir. 1982) |
| *08/14/2018 through 09/23/2018 | (41 days elapsed pursuant to Appendix J ("the Plan")) |
| | Total non-excludable days = **162** |

CC: AUSA Erica Liu



Richard Adebayo (J2017-10595)
Essex County Correctional Facility
354 Doremus Avenue
Newark, NJ 07105

Clerk of the Court
United States District Court
District of New Jersey
M.L King Jr., Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

LEGAL MAIL