UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                    Date: January 10, 2019

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

Docket No. 15-CR-550 (MCA)

Title of Case: U.S.A. v. RICHARD ADEBAYO

Appearances:       Erica Liu, AUSA for the Government
                   Sammi Malek, AUSA for the Government
                   Jamel Semper, AUSA for the Government
                   Richard Adebayo, appearing pro se
                   Christopher Adams, Esq., standby counsel for Defendant
                   ADEBAYO

**Nature of Proceeding:  Motion Hearing**

Defendant present.
Oral argument on: Motion to continue speedy trial act [99]; motion to compel compliance with subpoena [105]; motion to dismiss indictments [106]
Motion to continue speedy trial act [99] is granted.
Motion to dismiss [106] denied.
Motion to compel compliance with subpoena [105] is denied.
In limine motions due by 1/24/19; response 1/31/19.
Trial rescheduled for 2/4/19.
Order to be issued.

Time Commenced 3:30 p.m.    Time Adjourned  5:05 p.m.

                                                             *Amy Andersonn*
                                                         Amy Andersonn, Deputy Clerk